# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2777

_____

Ernest Antoine Swinson

*Plaintiff - Appellant*

v.

IUE-CWA Local 86821, Union

*Defendant - Appellee*

Jessie Montgomery, IUE-CWA Local 86821 President/Safety Rep; et. al.

*Defendant*s

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: January 20, 2026
Filed: January 23, 2026
[Unpublished]

_____

Before LOKEN, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Ernest Swinson appeals following the district court's[1] adverse grant of summary judgment in his pro se employment-related action against ICU-CWA Local 86821 (the Local), alleging the Local retaliated against him by removing him from his position as diversity ambassador after he complained of sexual harassment by a Local officer. Upon careful review, we conclude that summary judgment was proper. See Gibson v. Geithner, 776 F.3d 536, 539 (8th Cir. 2015) (standard of review). Specifically, Swinson failed to present evidence meeting his burden to establish that the Local's stated reason for removing him from his ambassador position was pretext for retaliation. See Liles v. C.S. McCrossan, Inc., 851 F.3d 810, 818, 821 (8th Cir. 2017); Geithner, 776 F.3d at 540.

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Wimes, United States District Court Judge for the Western District of Missouri.